IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children; STACY DUNN, individually and as parent and natural guardian of her children; and GRETCHEN MELTON, individually and as parent and natural guardian of her children.<br><br>Plaintiffs<br><br>v.<br><br>MT. LEBANON SCHOOL DISTRICT; THE MT. LEBANON SCHOOL BOARD; MEGAN WILLIAMS; DR. TIMOTHY STEINHAUER; DR. MARYBETH D. IRVIN; BRETT BIELEWICZ; JACOB W. WYLAND; VALERIE M. FLEISHER; TODD W. ELLWEIN; ANDREW D. FREEMAN; ERIN C. GENTZEL; CLAIRE B. GUTH; DR. JUSTIN D. HACKETT; ANAMARIA A. JOHNSON; and SARAH L. OLBRICH.<br><br>Defendants | Civil Docket No.: 2:22-cv-837 |

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF COURT

Plaintiffs Carmilla Tatel, Stacy Dunn and Gretchen Melton, individually and as parents and natural guardians of their children, and Defendants the Mt. Lebanon School District, the Mt. Lebanon School Board, Megan Williams, Dr. Timothy Steinhauer, Dr. Marybeth D. Irvin, Brett Bielewicz, Jacob W. Wyland, Valerie M. Fleisher, Todd W. Ellwein, Andrew D. Freeman, Erin C. Gentzel, Claire B. Guth, Dr. Justin D. Hackett, Anamaria A. Johnson, and Sarah L. Olbrich ("the Parties") by their undersigned counsel, file the following Motion for Entry of Stipulated Order of Court, and in support thereof, state as follows:

2

1.      The Parties have agreed to the Stipulated Order of Court attached as Exhibit 1 hereto and ask the Court to endorse it.

2.      Entry of this Stipulated Order of Court will amicably resolve and moot Plaintiffs' Motion found at Doc. 5.

WHEREFORE, the Parties request that this Court enter the Stipulated Order of Court attached as Exhibit 1 hereto.

Dated:  June 27, 2022                                   Respectfully submitted,

 s/ David J. Berardinelli                                 s/ Matthew M. Hoffman
David J. Berardinelli, Pa. I.D. # 79204        Matthew M. Hoffman, Pa. I.D. # 43949
DEFOREST KOSCELNIK & BERARDINELLI   Christopher L. Voltz, Pa. I.D. # 200704
436 Seventh Ave., 30th Fl.                         TUCKER ARENSBERG, P.C.
Pittsburgh, PA  15219                                1500 One PPG Place
Phone:  412-227-3100                              Pittsburgh, PA 15222
Fax:     412-227-3130                               Phone: 412-566-1212
Email: berardinelli@deforestlawfirm.com   Email: mhoffman@tuckerlaw.com
*Counsel for Plaintiffs*                              *Attorney for Defendants*