IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARMILLA TATEL, ETC., ET AL.**, | ) | CIVIL ACTION NO. **22-837** |
| | ) | |
| Plaintiffs, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| v. | ) | |
| | ) | |
| **MT. LEBANON SCHOOL DISTRICT, ET AL.**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 31st day of May 2023, in accordance with the accompanying opinion, **IT IS HEREBY ORDERED** that defendants' motion for reconsideration pursuant to Rule 54(b) (ECF No. 41) and the motion to amend judgment pursuant to Rule 59(e) (ECF No. 44) are DENIED.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge