IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children; STACY DUNN, individually and as parent and natural guardian of her children; and GRETCHEN MELTON, individually and as parent and natural guardian of her children.<br><br>Plaintiffs<br><br>v.<br><br>MT. LEBANON SCHOOL DISTRICT; THE MT. LEBANON SCHOOL BOARD; MEGAN WILLIAMS; DR. TIMOTHY STEINHAUER; DR. MARYBETH D. IRVIN; BRETT BIELEWICZ; JACOB W. WYLAND; VALERIE M. FLEISHER; TODD W. ELLWEIN; ANDREW D. FREEMAN; ERIN C. GENTZEL; CLAIRE B. GUTH; DR. JUSTIN D. HACKETT; ANAMARIA A. JOHNSON; and SARAH L. OLBRICH.<br><br>Defendants | Civil Docket No.: 2:22-cv-837<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this 12th day of July 2023, upon consideration of the foregoing Motion to Excuse Plaintiffs from In-Person Appearance at the July 12, 2023 Post-Discovery Status Conference, it is hereby ORDERED that Plaintiffs are excused from in-person appearance at the post-discovery status conference and Plaintiff Tatel is permitted to participate on behalf of the Plaintiff group by telephone, if necessary.

*s/Joy Flowers Conti*
_____
Joy Flowers Conti
Senior United States District Judge