IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children; STACY DUNN, individually and as parent and natural guardian of her children; and GRETCHEN MELTON, individually and as parent and natural guardian of her children, <br><br> Plaintiffs, <br><br> v. <br><br> MT. LEBANON SCHOOL DISTRICT; MEGAN WILLIAMS; DR. TIMOTHY STEINHAUER; DR. MARYBETH D. IRVIN; BRETT BIELEWICZ AND JACOB W. WYLAND, <br><br> Defendants. | Civil Docket No.: 2:22-cv-837 <br><br><br> **JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this 18th day of December, 2023, upon consideration of Plaintiffs Carmilla Tatel, Stacy Dunn and Gretchen Melton's Motion for Leave for Excess Pages in Summary Judgment Filings it is hereby ORDERED that the said Motion is GRANTED. Plaintiffs are permitted to file (i) a Concise Statement not to exceed 25 pages, (ii) a Brief not to exceed 35 pages, (iii) a Reply Brief not to exceed 17 pages, and (iv) a Reply Concise Statement not to exceed 15 pages; the length of all Opposition filings are correspondingly increased.

BY THE COURT:

s/Joy Flowers Conti
Hon. Joy Flowers Conti
Senior United States District Court Judge