IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children; STACY DUNN, individually and as parent and natural guardian of her children; and GRETCHEN MELTON, individually and as parent and natural guardian of her children,<br><br>Plaintiffs,<br><br>v.<br><br>MT. LEBANON SCHOOL DISTRICT; et al.<br><br>Defendants. | Civil Action No.: 2:22-cv-837<br><br>Judge Joy Flowers Conti |

## **[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2022, upon consideration of the Motion for Summary Judgment of Defendants, Mt. Lebanon School District, Megan Williams, Dr. Timothy Steinhauer, Dr. Marybeth D. Irvin, Brett Bielewicz, Jacob W. Wyland, and Plaintiffs' responses thereto and there being no genuine issue of fact material to Plaintiffs' claims, it is hereby ORDERED that Defendants' Motion is GRANTED. Accordingly, judgment is entered in favor of Defendants upon all claims and this action is dismissed.

_____
Joy Flowers Conti
Chief Judge