UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, STACY DUNN, and GRETCHEN MELTON, individually and as parents and natural guardians of their children,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MT. LEBANON SCHOOL DISTRICT, MEGAN WILLIAMS, DR. TIMOTHY STEINHAUER, DR. MARYBETH D. IRVIN, BRETT BIELEWICZ, and JACOB W. WYLAND,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2:22-cv-837<br><br>Judge Joy Flowers Conti |

**ORDER**

AND NOW, this 26th day of March, 2024, upon consideration of *Amicus Curiae* Lebo Pride's Motion to File Reply Brief to Plaintiff's Response in Opposition to Lebo Pride's Motion for Reconsideration of the Court's Opinion Denying Lebo Pride's Motion for Leave to File an Amicus Curiae Brief (ECF # 134), IT IS HEREBY ORDERED that Lebo Pride is given leave of court to file the Reply brief attached to its motion.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/Joy Flowers Conti
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Joy Flowers Conti
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Court Judge