IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children; STACY DUNN, individually and as parent and natural guardian of her children; and GRETCHEN MELTON, individually and as parent and natural guardian of her children,<br><br>Plaintiffs,<br><br>v.<br><br>MT. LEBANON SCHOOL DISTRICT; et al.<br><br>Defendants. | Civil Action No.: 2:22-cv-837<br><br>Judge Joy Flowers Conti |

**<u>ORDER</u>**

AND NOW, this 10th day of October, 2024, upon consideration of the Joint Motion Extending Time for Filing Rule No. 54(d)(2) Motion, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs may file a Motion for attorney's fees and related nontaxable expenses pursuant to Rule 54 of the Federal Rules of Civil Procedure on or before October 31, 2024.

                                                                       s/Joy Flowers Conti
                                                                     Hon. Joy Flowers Conti
                                                                     Senior U.S. District Court Judge