**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARMILLA TATEL, individually and as parent and natural guardian of her children, et al. | ) ) | |
| . | ) | Civil Docket No.: 2:22-cv-837 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MT. LEBANON SCHOOL DISTRICT, et al. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants | ) | |

## CONSENT ORDER AND FINAL JUDGMENT

AND NOW, upon consideration of the JOINT MOTION FOR ENTRY OF CONSENT ORDER AND FINAL JUDGMENT filed by the Parties, it is hereby ORDERED that said motion is GRANTED.

1. All Parties have advised the Court that they have elected not to appeal this Court's Opinion and Order issued on September 30, 2024 (Docs. 142 and 143).

2. Plaintiffs are hereby awarded $350,000.00 in fees and costs pursuant to Rule 54(d).

3. Final Judgment is entered in favor of Plaintiffs and against Defendants Mt. Lebanon School District, Megan Williams, Dr. Timothy Steinhauer, Dr. Marybeth D. Irvin and Brett Bielewicz in the total amount of $350,015.00 in full accord and satisfaction of any claims, including for attorneys' fees and costs.

4. Defendants shall make payment in the amount of $350,015.00, within thirty (30) days hereof to Plaintiffs' counsel in a manner agreed upon by the Parties.

5. In consideration of the payment of such sum, Plaintiffs release and discharge the District, its current and former directors, officers, employees, agents and insurers, Williams, Steinhauer, Irvin, Bielewicz and Wyland from any and all claims, liability,

actions, causes of action, suits, lawsuits, rights, debts, damages, costs, losses, expenses, fees, interest, liens, compensation and/or obligations, arising out of any action or event occurring on or before the date hereof (collectively, "Claims") (a) whether known or unknown, whether or not accrued, whether foreseen or unforeseen, which have been or could have been asserted by or against them in this action or relating to the subject matter of this action, and (b) if not included in this action or relating to the subject matter of this action, any Claims of which any Plaintiff has present knowledge or could have knowledge with reasonable diligence.

6. This Court shall retain jurisdiction to enforce this Order.

IT IS SO ORDERED.

Dated: October 31, 2024

_____s/Joy Flowers Conti_____
Honorable Joy Flowers Conti
Senior United States District Court Judge